# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| | |
|---|---|
| United States of America<br>v.<br><br>CALEB D. JORDAN<br><br>*Defendant(s)* | )<br>)<br>) Case No. 20-mj-2336<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  October 2019 through April 2020  in the county of  Wilson  in the
 Middle  District of  Tennessee , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2251(a), (e) | Attempted Production of Child Pornography |
| 18 U.S.C. 2252A(a)(1), (b)(1) | Transportation of Child Pornography |

This criminal complaint is based on these facts:
See Attached Affidavit

☐ Continued on the attached sheet.

*Complainant's signature*

Jonathan Hendrix, Special Agent, HSI
*Printed name and title*

Sworn to me remotely by telephone.

Date: 4/18/2020

*Judge's signature*

City and state:  Nashville, Tennessee       Jeffery S. Frensley, United States Magistrate Judge
*Printed name and title*