CRIMINAL COVER SHEET
MIDDLE DISTRICT OF TENNESSEE
<u>NASHVILLE</u> DIVISION

| | | |
|---|---|---|
| Indictment | ( ) | |
| Complaint | (x ) | |
| Information | ( ) | |
| Felony | (x ) | |
| Misdemeanor | ( ) | |
| Juvenile | ( ) | |

County of Offense: **Wilson**
AUSA's NAME: Daughtrey

Reviewed by AUSA: SCD
(Initials)

**Caleb D. Jordan**
Defendant's Full Name

518 Ridgeview Dr., Mt. Juliet, Tennessee 37122
Defendant's Address

Interpreter Needed? _____ Yes __x__ No

If Yes, what language? _____

_____
Defendant's Attorney

| COUNT(S) | TITLE/SECTION | OFFENSE CHARGED | MAX. PRISON (plus any mandatory minimum) | MAX. FINE |
|---|---|---|---|---|
| | 18 U.S.C. § 2251(a) | Attempted Production of Child Pornography | 15 to 30 years | $250,000 |
| | 18 U.S.C. § 2252A(a)(1) | Transportation of Child Pornography | 5 to 20 years | $250,000 |

*** Pursuant to 18 U.S.C. § 2014, Defendant may be subject to a $5,000 special assessment.
If the defendant has a qualifying prior conviction involving the sexual abuse of children, the statutory sentence for Attempted Production of Child Pornography would be 25 to 50 years, and the statutory sentence for Transportation would be 15 to 40 years.

Is the defendant currently in custody?  Yes  ( )  No  ( x )  If yes, State or Federal?  Writ requested  (  )

Has a complaint been filed?  Yes  ( x )  No  ( )
    If Yes:  Name of the Magistrate Judge  Judge Frensley_____  Case No.:  20-mj-****_____
        Was the defendant arrested on the complaint?  Yes  ( x )  No  ( )

Has a search warrant been issued?  Yes  ( x )  No  ( )
    If Yes:  Name of the Magistrate Judge  Judge Frensley_____  Case No.:  20-mj-***_____

Was bond set by Magistrate/District Judge?  Yes  ( )  No  ( x )  Amount of bond: _____

Is this a Rule 20? Yes ( ) No (x )  To/from what district? _____
Is this a Rule 40? Yes ( ) No ( x )  To/from what district? _____

Estimated trial time:  3 days

The Clerk will issue a Summons/Warrant  (circle one)  (Note:  If information, request for a warrant requires presentment of a sworn affidavit of probable cause to a judicial officer, who will determine whether to issue a warrant)

Detention requested:  Yes ( x )  No ( )  Recommended conditions of release: _____
_____
_____