# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

| | |
|---|---|
| United States of America<br>v.<br>CALEB D. JORDAN<br><br>*Defendant* | )<br>)  Case No. 20-mj-2336<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* CALEB D. JORDAN,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Violation of 18 U.S.C. Section 2251(a), (e) - Production of Child Pornography;
Violation of 18 U.S.C. Section 2252A(a)(1), (b)(1) - Transportation of Child Pornography

Date: 04/18/2020

*Issuing officer's signature*

City and state: Nashville, Tennessee

Jeffery S. Frensley, United States Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*