UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | NO. 20-MJ-2336 |
| | ) | MAGISTRATE JUDGE FRENSLEY |
| CALEB D. JORDAN | ) | |

UNITED STATES' MOTION FOR ARREST AFFIDAVIT TO REMAIN SEALED

The United States of America, by and through S. Carran Daughtrey, Assistant United States Attorney for the Middle District of Tennessee, requests that the affidavit in support of the arrest warrant in this case continue to be sealed at this time. As grounds for keeping the affidavit sealed at this time, the United States submits that the affidavit contains information about a confidential ongoing investigation, information about the criminal history of a juvenile, potential identifying victim information, usernames and identifiers, and personal information (home address) of third parties. Defense counsel does not object to this request.

Should the court decline this request to maintain the affidavit under seal at this time, the United States respectfully requests that a redacted version, which removes the above listed information, be filed in place of the full affidavit.

Respectfully submitted,

DONALD Q. COCHRAN
United States Attorney for the
Middle District of Tennessee

/s/ S. Carran Daughtrey
S. Carran Daughtrey
Assistant United States Attorney
110 Ninth Avenue South, Suite A-961
Nashville, Tennessee 37203-3870
Telephone: 615/736-5151

1

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing will be served on Andrew Brandon, counsel for the defendant, at the time of filing.

On this, the 20th day of April 2020.

/s/ S. Carran Daughtrey
S. Carran Daughtrey