UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | NO. 20-MJ-2336 |
| ) | MAGISTRATE JUDGE FRENSLEY |
| CALEB D. JORDAN ) | |

MOTION TO UNSEAL CASE

The United States of America, by and through S. Carran Daughtrey, Assistant United States Attorney for the Middle District of Tennessee, requests that this case be unsealed except for the affidavit in support of the complaint, as detailed in a previous motion requesting that the document remain under seal due to a number of sensitive issues. D.E. 5: Motion for Complaint/Arrest Affidavit to Remain Sealed. Now that the defendant has been arrested, however, there is no further reason to keep the rest of the case under seal.

Respectfully submitted,

DONALD Q. COCHRAN
United States Attorney for the
Middle District of Tennessee

/s/ S. Carran Daughtrey
S. Carran Daughtrey
Assistant United States Attorney
110 Ninth Avenue South, Suite A-961
Nashville, Tennessee 37203-3870
Telephone: 615/736-5151

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing will be served on Andrew Brandon, counsel for the defendant, electronically on this, the 21st day of April 2020.

/s/ S. Carran Daughtrey
S. Carran Daughtrey