# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| CALEB D. JORDAN | ) Case No. 20-mj-2336 | |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* CALEB D. JORDAN,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Violation of 18 U.S.C. Section 2251(a), (e) - Production of Child Pornography;
Violation of 18 U.S.C. Section 2252A(a)(1), (b)(1) - Transportation of Child Pornography

Date: 04/18/2020

_____
*Issuing officer's signature*

City and state: Nashville, Tennessee

Jeffery S. Frensley, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 4/18/20, and the person was arrested on *(date)* 4/18/20
at *(city and state)* Mt. Juliet, TN.

Date: 4/18/20

_____
*Arresting officer's signature*

Jonathan Hendrix Special Agent
*Printed name and title*