# MAGISTRATE JUDGE FRENSLEY COURTROOM MINUTES FOR CRIMINAL PROCEEDINGS

U.S.A. v. __Caleb Jordan__, No. __3:20-mj-2336__

**ATTORNEY FOR GOVERNMENT:** __Carrie Daughtrey__

**ATTORNEY FOR DEFENDANT:** __Andrew Brandon__ ☒ AFPD ☐ Panel ☐ Retained

**PRETRIAL SERVICES/PROBATION OFFICER:** __LaMinta Poe__

**INTERPRETER NEEDED?** ☐ YES ☒ NO  **LANGUAGE/INTERPRETER:** _____
☐ PRESENT ☐ ON TELEPHONE

☒ **INITIAL APPEARANCE** ☐ ON A SUMMONS ☒ **ARRESTED ON:** __4.18.20__
  DEFENDANT HAS A COPY OF:
  ☐ Complaint ☐ Indictment ☐ Information ☐ Supervised Release Pet. ☐ Other _____
  ☒ Defendant advised of the charges and the maximum penalties
  ☐ Defendant has a copy of notice of rights
  ☒ Defendant advised of right to counsel          ☐ Counsel retained
  ☐ Defendant sworn and/or certified under penalty of perjury and financial affidavit filed   ☒ FPD Appointed
  ☒ Defendant advised of right to silence
  ☐ Defendant advised of right to **Consular notification**
  ☒ Government motion for detention
  ☐ Defendant temporarily detained          ☐ ICE detainer on defendant
  ☐ Defendant waived detention hearing      ☐ Defendant reserved right to hearing in future
  ☐ Defendant to remain in Federal custody  ☐ Defendant to be returned to State custody
  ☐ Defendant advised of right to preliminary hearing   ☐ Defendant waived preliminary hearing
  ☐ Defendant ordered to psychological/psychiatric evaluation
  ☐ Defendant to remain on current conditions of **supervised release**
  ☐ Defendant released on:
    ☐ Own recognizance with conditions of release   ☐ standard   ☐ special
    ☐ Appearance bond in the amount of: _____
    ☐ Property bond [description of property]: _____
    ☐ Performance bond [as set out in conditions of release]
  ☐ **RULE 5** - Defendant advised of right to identity hearing     ☐ Defendant waived identity hearing
  ☐ **RULE 5** - Defendant reserved right to have preliminary hearing in District of Prosecution
  ☐ **RULE 5** - Defendant elected to have detention hearing in District of Prosecution
  ☐ **RULE 5** - DEFENDANT ADVISED OF RIGHT TO RULE 20 TRANSFER

☐ **PRELIMINARY/DETENTION/ARRAIGNMENT CONTINUED TO:** __4.23.20 at 1:00 pm__

☐ **GRAND JURY WAIVED IN OPEN COURT**   [Defendant sworn and advised of rights by Court]

☐ **ARRAIGNMENT**
  ☐ Defendant acknowledges he/she has copy of Indictment/Information   ☐ Court advised Def. of penalties
  ☐ Defendant waives reading thereof    ☐ Indictment/Information read to defendant by Judge
  **PLEA:** ☐ GUILTY  ☐ NOT GUILTY   ☐ Defendant intends to plead guilty and case referred to DJ

---

**DATE:** __4.20.20__                    **TOTAL TIME:** __11 minutes__
**BEGIN TIME:** __11:30 am__             **END TIME:** __11:41 am__
*Digitally Recorded*

Form Revised 2/9/2018