# UNITED STATES DISTRICT COURT
## for the Middle District of Tennessee

United States of America

NOTICE

v.

Caleb Jordan

Case No. 3:20-mj-2336

Type of case: ☐ Civil  ☒ Criminal

☒ TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

Place: Video Conference

Room No.  Date: 4.23.20  Time: 1:00 PM

Type of Proceeding: Preliminary and Detention Hearing

☐ TAKE NOTICE that a proceeding in this case has been continued as indicated below:

Place:

*Date and time previously scheduled:*  *Continued to:*

Date  Time  Date  Time

JEFFERY S. FRENSLEY
U.S. Magistrate Judge or Clerk of Court

Date 4.20.20

Surabhi Morrissey
(by) Deputy Clerk