# MAGISTRATE JUDGE FRENSLEY COURTROOM MINUTES FOR CRIMINAL PROCEEDINGS

U.S.A. v. _Caleb Jordan_, No. _3:20-mj-2336_

**ATTORNEY FOR GOVERNMENT:** _Carrie Daughtrey_

**ATTORNEY FOR DEFENDANT:** _Andrew Brandon_   (**AFPD**)   Panel   Retained

**PRETRIAL SERVICES/PROBATION OFFICER:** _Sonimar Santos_

**INTERPRETER NEEDED?**   YES   **(NO)**   LANGUAGE/INTERPRETER: _____
☐ PRESENT   ☐ ON TELEPHONE

☐ **INITIAL APPEARANCE**   ☐ **ON A SUMMONS**   ☐ **ARRESTED ON:** _____
  DEFENDANT HAS A COPY OF:
    ☐ Complaint  ☐ Indictment  ☐ Information  ☐ Supervised Release Pet.  ☐ Other _____
  ☐ Defendant advised of the charges and the maximum penalties
  ☐ Defendant has a copy of notice of rights
  ☐ Defendant advised of right to counsel          ☐ Counsel retained
  ☐ Defendant sworn and/or certified under penalty of perjury and financial affidavit filed   ☐ FPD Appointed
  ☐ Defendant advised of right to silence
  ☐ Defendant advised of right to **Consular notification**
  ☐ Government motion for detention
  ☐ Defendant temporarily detained              ☐ ICE detainer on defendant
  ☐ Defendant waived detention hearing          ☐ Defendant reserved right to hearing in future
  ☐ Defendant to remain in Federal custody      ☐ Defendant to be returned to State custody
  ☐ Defendant advised of right to preliminary hearing   ☐ Defendant waived preliminary hearing
  ☐ Defendant ordered to psychological/psychiatric evaluation
  ☐ Defendant to remain on current conditions of **supervised release**
  ☐ Defendant released on:
      ☐ Own recognizance with conditions of release   ☐ standard   ☐ special
      ☐ Appearance bond in the amount of: _____
      ☐ Property bond [description of property]: _____
      ☐ Performance bond [as set out in conditions of release]
  ☐ **RULE 5** - Defendant advised of right to identity hearing   ☐ Defendant waived identity hearing
  ☐ **RULE 5** - Defendant reserved right to have preliminary hearing in District of Prosecution
  ☐ **RULE 5** - Defendant elected to have detention hearing in District of Prosecution
  ☐ **RULE 5** - DEFENDANT ADVISED OF RIGHT TO RULE 20 TRANSFER

☐ **PRELIMINARY/DETENTION/ARRAIGNMENT CONTINUED TO:** _____

☐ **GRAND JURY WAIVED IN OPEN COURT**   [Defendant sworn and advised of rights by Court]

☐ **ARRAIGNMENT**
    ☐ Defendant acknowledges he/she has copy of Indictment/Information   ☐ Court advised Def. of penalties
    ☐ Defendant waives reading thereof         ☐ Indictment/Information read to defendant by Judge
    **PLEA:** ☐ GUILTY   ☐ NOT GUILTY   ☐ Defendant intends to plead guilty and case referred to DJ

---

**DATE:** _4.23.20_           **TOTAL TIME:** _1 hour, 11 minutes_
**BEGIN TIME:** _1:00 pm_     **END TIME:** _2:11 pm_
*Digitally Recorded*

Form Revised 2/9/2018          Page 1 of _2_

UNITED STATES OF AMERICA v. _Caleb Jordan_____ NO. _3:20-mj-2336_

☐ **RULE 5 IDENTITY HEARING**
    ☐ Held, defendant found to be person named in warrant
    ☐ Held, defendant found NOT to be person named in warrant and released
    ☐ Waived in open Court

☑ **PRELIMINARY HEARING**    **CONTINUED TO:** _____
    ☑ Probable Cause found/Held to answer/bound over    ☐ Discharged from custody
    ☐ Defendant waived preliminary hearing
    ☐ RULE 5 - Held to answer in District of Prosecution
    ☐ RULE 5 - Defendant reserved right to have hearing in District of Prosecution

☑ **DETENTION HEARING**    **CONTINUED TO:** _____
    ☐ Government withdrew motion for detention or agreed to release
    ☐ Pretrial Services Report made a part of the record    ☐ Counsel moved to retain copy of PTSR/granted
    ☐ Bond set at: _____    ☐ Defendant released on [date]:_____
    ☐ RULE 5 - Defendant elected to have hearing in District of Prosecution
    ☑ Defendant waived detention hearing    ☑ Defendant reserved right to hearing in future
    ☐ Defendant detained, order to enter    ☐ ICE detainer pending
    ☐ Defendant to remain in Federal custody    ☐ Defendant to be returned to State custody
    ☐ Government moved for stay of execution of release pending appeal
        ☐ Motion granted    ☐ Motion denied
    ☐ Defendant advised of right to appeal

☐ **ARRAIGNMENT ON MISDEMEANOR**
    ☐ Defendant acknowledges he/she has copy of Indictment/Information
    ☐ Indictment/Information read to defendant by Judge    ☐ Defendant waives reading thereof
    **PLEA:** ☐ **GUILTY**    ☐ **NOT GUILTY**
    ☐ Misdemeanor - defendant consented to trial before Magistrate Judge
    ☐ Written plea agreement/filed in open Court    ☐ Oral plea agreement
    ☐ Guilty plea:    ☐ Accepted    ☐ Rejected    ☐ Taken under advisement

☐ **OTHER**
    ☐ Type of hearing and outcome: _____

☐ **DEFENDANT DID NOT APPEAR AS DIRECTED, BENCH WARRANT ISSUED**

_Witness and Exhibit List attached._
**NOTES/EVIDENTIARY MATTERS/SENTENCING:**    (Witnesses, Exhibits, Attach W/Ex List if necessary)