AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

__MIDDLE__ DISTRICT OF __TENNESSEE__

UNITED STATES OF AMERICA

V.

Caleb Jordan

**EXHIBIT AND WITNESS LIST**

Case Number: 3:20-mj-2336

| PRESIDING JUDGE<br>JEFFERY S. FRENSLEY | PLAINTIFF'S ATTORNEY<br>Carrie Daughtrey | DEFENDANT'S ATTORNEY<br>Andrew Brandon |
|---|---|---|
| TRIAL DATE (S)<br>4.23.20 | COURT REPORTER<br>Digital Recording | COURTROOM DEPUTY<br>Surabhi Morrissey |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| x | | 4.23.20 | | | Homeland Security Special Agent Jonathan Hendrix |
| | | 4.23.20 | 1 | 1 | Instagram Chat Excerpt |
| | | 4.23.20 | 2 | 2 | Website Excerpt |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages