# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| Plaintiff | ) | |
| | ) | |
| v. | ) | Case No. 3:20-mj-2336 |
| | ) | Magistrate Judge Frensley |
| | ) | |
| CALEB JORDAN, | ) | |
| Defendant | ) | |

## **O R D E R**

This criminal action was scheduled for a detention hearing on April 23, 2020, at 1:00 p.m. The Defendant, by and through counsel, stated that he would waive the detention hearing at this time but reserved the right to raise the issue of release at a later time.

Accordingly, the Government's Motion for Detention is GRANTED. It is hereby ORDERED that the Defendant, CALEB JORDAN, be detained in federal custody pending trial, and Defendant is hereby committed to the custody of the Attorney General or a designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or service sentences or being held in custody pending appeal. The Defendant shall be afforded reasonable opportunity for private consultation with counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which Defendant is confined shall deliver the Defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

IT IS SO ORDERED.

_____
JEFFERY S. FRENSLEY
United States Magistrate Judge