

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | No. 3:20-cr-00165 |
| v. | ) | |
| | ) | 18 U.S.C. § 2251(a) |
| CALEB D. JORDAN | ) | 18 U.S.C. § 2251(e) |
| | ) | 18 U.S.C. § 2252A(a)(2)(A) |
| | ) | 18 U.S.C. § 2252A(a)(5)(B) |
| | ) | 18 U.S.C. § 2252A(b)(1) |
| | ) | 18 U.S.C. § 2253 |
| | ) | 18 U.S.C. § 875(b) |

# INDICTMENT

<u>COUNTS ONE TO SEVEN</u>
(Production of Child Pornography)

THE GRAND JURY CHARGES:

On or about the dates set forth below, in the Middle District of Tennessee and elsewhere, **CALEB D. JORDAN**, did employ, use, persuade, induce, entice, and coerce minor boys to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, knowing and having reason to know that such visual depictions would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and those visual depictions were transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce. As to each of the following counts, said conduct occurred on or about the following dates:

| Count | Date |
|---|---|
| ONE | December 11, 2019 |
| TWO | January 3, 2020 |

| Count | Date |
|-------|------|
| THREE | January 8, 2020 |
| FOUR | January 17, 2020 |
| FIVE | January 27, 2020 |
| SIX | February 3, 2020 |
| SEVEN | April 15, 2020 |

In violation of Title 18, United States Code, Sections 2251(a), 2251(e).

## COUNT EIGHT
(Extortion)

THE GRAND JURY FURTHER CHARGES:

Between on or about January 1, 2019, and on or about April 18, 2020, in the Middle District of Tennessee and elsewhere, **CALEB D. JORDAN**, did, with intent to extort from any person a thing of value, transmit in interstate and foreign commerce any communication containing any threat to injure the minor boys or others if the minor boys did not produce and send videos of themselves engaged in sexually explicit activities to **CALEB D. JORDAN**.

In violation of Title 18, United States Code, Section 875(b).

## COUNT NINE
(Distribution of Child Pornography)

THE GRAND JURY FURTHER CHARGES:

On or about April 15, 2020, in the Middle District of Tennessee and elsewhere, **CALEB D. JORDAN** did knowingly distribute child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), using any means and facility of interstate and foreign commerce, and that had been shipped and transported in and affecting interstate and foreign commerce by any

2

means, including by computer.

In violation of Title 18, United States Code, Section 2252A(a)(2)(A).

## COUNT TEN
(Possession of Child Pornography)

THE GRAND JURY FURTHER CHARGES:

Between a date unknown to the Grand Jury, but which is not later than December 11, 2019, and on or about April 18, 2020, in the Middle District of Tennessee, **CALEB D. JORDAN** did knowingly possess materials that contain images and videos of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), and involving prepubescent minors and minors under the age of twelve, that had been shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that were produced using materials that had been mailed, and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Section 2252A(a)(5)(B).

## FORFEITURE ALLEGATION

THE GRAND JURY FURTHER CHARGES:

1. The allegations contained in this Indictment are re-alleged and incorporated by reference as if fully set forth in support of this forfeiture.

2. Upon conviction of one or more of the offenses alleged in Counts ONE through SEVEN, NINE, or TEN of this Indictment, **CALEB D. JORDAN** shall forfeit to the United States, pursuant to 18 U.S.C. § 2253(a):

3

(1) any visual depiction described in section 2251 or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of the statute of offense;

(2) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense(s), or a money judgment representing such gross profits or other proceeds; and

(3) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense(s) or any property traceable to such property.

including, but not limited to, electronic devices seized from the residence of **CALEB D. JORDAN** on Ridgeview Drive in Mt. Juliet, Tennessee, on or about April 18, 2020:

(1) Apple iPhone XR;

(2) Samsung laptop model NP530E5M;

(3) PNY thumb drive (32G);

(4) Sandisk Cruzer Glide thumb drive (64G);

(5) Two silver/black thumb drives (1G);

(6) Red thumb drive (32G); and

(7) Sandisk red/black thumb drive labeled High Cotton (8G)

which were used to commit or promote the commission of the charged offenses.

A TRUE BILL

FOREPERSON

DONALD Q. COCHRAN
UNITED STATES ATTORNEY

S. CARRAN DAUGHTREY
ASSISTANT UNITED STATES ATTORNEY

4