CRIMINAL COVER SHEET
MIDDLE DISTRICT OF TENNESSEE
_____NASHVILLE_____ DIVISION

Indictment (x)
Complaint ( )
Information ( )
Misdemeanor ( )
Felony (x)
Juvenile ( )

County of Offense: _____Davidson_____
AUSA's NAME: _____S. Carran Daughtrey_____
Reviewed by AUSA: _____SCD_____
(Initials)

Caleb D. Jordan
Defendant's Full Name

U.S.M.S. Custody
Defendant's Address

AFPD Andrew Brandon
Defendant's Attorney

Interpreter Needed? ___ Yes  _x_ No

If Yes, what language? _____

| COUNTS | TITLE/SECTION | OFFENSE CHARGED | MAX. PRISON (plus any mandatory minimums) | MAX. FINE |
|---|---|---|---|---|
| 1-7 | 18 U.S.C. § 2251(a) | Production of Child Pornography* | 15 to 30 years | $250,000 |
| 8 | 18 U.S.C. § 875(b) | Extortion | Maximum of 20 years | $250,000 |
| 9 | 18 U.S.C. § 2252A(a)(2)(A) | Distribution of Child Pornography* | 5 to 20 years | $250,000 |
| 10 | 18 U.S.C. § 2252A(a)(5)(B) | Possession of Child Pornography* | Maximum of 20 years | $250,000 |
| | | Forfeiture | | |

*Pursuant to 18 U.S.C. §3014, the defendant may be subject to an additional $5000 special assessment.

Is the defendant currently in custody? (x) Yes ( ) No    If Yes, State or Federal? _Federal_
Writ requested ( )

Has a complaint been filed? (x) Yes ( ) No
  If Yes: Name of Magistrate Judge    Frensley    Case No.: _20-mj-2336_
  Was the defendant arrested on the complaint? ( ) Yes ( ) No

Has a search warrant been issued? (x) Yes ( ) No
  If Yes: Name of Magistrate Judge    Frensley    Case No.: _20-mj-2335_

Was bond set by Magistrate/District Judge: ( ) Yes (x) No ( ) Not Applicable    Amount of bond: _____

Is this a Rule 20? ( ) Yes (x) No    To/from what district? _____
Is this a Rule 40? ( ) Yes (x) No    To/from what district? _____

Is this case related to a pending or previously filed case? ( ) Yes (x) No
  What is the related case number? _____
  Who is the Magistrate Judge? _____

Estimated trial time:    3-4 days

The Clerk will issue a   **Not Applicable (defendant already in custody)**

Detention requested: Not applicable

(Revised January 2019)