UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 3:20-cr-00165 |
| v. ) | JUDGE CAMPBELL |
| ) | 3:20-mj-2336 |
| CALEB JORDAN ) | MAGISTRATE JUDGE FRENSLEY |

## NOTICE OF INTENT TO REQUEST TRANSCRIPT REDACTION

Defendant Caleb Jordan, through undersigned counsel, gives notice of his intent to redact personal identifiers in the Transcript of Electronic Recording (via video conference), April 23, 2020, filed on October 14, 2020 (Document 19).

> Administrative Practices and Procedures for Electronic Case Filing
> (ECF) adopted by this Court in Administrative Order No. 167 at § 5.07
> requires that certain personal information be redacted from documents that
> may be filed.

Respectfully submitted,

s/ *Andrew C. Brandon*
ANDREW C. BRANDON
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, Tennessee 37203
615-736-5047

Attorney for Caleb Jordan

## CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2020, I electronically filed the foregoing Notice of Intent to Request Transcript Redaction with the U.S. District Court Clerk by using the CM/ECF system, which will send a Notice of Electronic Filing to S. Carran Daughtrey, Assistant United States Attorney, U.S. Attorney's Office, 110 Ninth Avenue, South, Suite A961, Nashville, Tennessee 37203-3870.

s/ *Andrew C. Brandon*
ANDREW C. BRANDON