UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) NO. 3:20-cr-00165 |
| CALEB JORDAN, | ) |
| Defendant. | ) |

## ORDER SCHEDULING AN ARRAIGNMENT

An arraignment in this case is scheduled as follows:

| Place: U.S. Courthouse<br>801 Broadway<br>Nashville, TN 37203 | Courtroom No: Videoconference |
| --- | --- |
| | Date and Time: 11.24.20 at 9:00 a.m. |

IT IS SO ORDERED.

JEFFERY S. FRENSLEY
UNITED STATES MAGISTRATE JUDGE