# UNITED STATES DISTRICT COURT
## for the Middle District of Tennessee

United States of America

NOTICE

v.

Caleb Jordan

Case No. 3:20-cr-00165

Type of case: ☐ Civil  ☒ Criminal

☐ TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

Place

Room No.          Date          Time

Type of Proceeding

☒ TAKE NOTICE that a proceeding in this case has been continued as indicated below:

Place   Video conference at U.S. Courthouse, 801 Broadway, Nashville, TN 37203

*Date and time previously scheduled:*          *Continued to:*

Date  11.24.20    Time  9:30 AM          Date  12.1.20    Time  2:00 PM

JEFFERY S. FRENSLEY
U.S. Magistrate Judge or Clerk of Court

Date  11.23.20

Surabhi Morrissey
(by) Deputy Clerk