# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | Case No: 3:20-CR-00165 |
| ) | |
| v. ) | |
| ) | JUDGE CAMPBELL |
| CALEB D. JORDAN ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR ADMISSION *PRO HAC VICE*

Kyle P. Reynolds, the undersigned counsel for the United States of America, hereby moves for admission to appear *pro hac vice* in this action. I hereby certify that I am a member in good standing of the United States District Court for the Eastern District of New York. Attached to this Motion is a Certificate of Good Standing from that Court. I also declare under penalty of perjury that I am not, nor have I ever been, the subject of disciplinary or criminal proceedings.

Dated, this 3rd day of December, 2020.

                                                Respectfully submitted,

                                                *s/ Kyle P. Reynolds*_____
                                                Name: Kyle P. Reynolds
                                                Trial Attorney
                                                New York Bar Registration No. 4703856
                                                U.S. Department of Justice, Criminal Division
                                                Child Exploitation and Obscenity Section
                                                1301 New York Avenue, NW
                                                Washington, DC 20005
                                                Tel.: 202.616.2842
                                                E-mail: kyle.reynolds@usdoj.gov

BY: *s/ S. Carran Daughtrey*
Name: S. Carran Daughtrey
Assistant U.S. Attorney
110 9th Avenue South, Suite A-961
Nashville, Tennessee 37203-3870
Tel.: (615) 736-5151
Fax: (615) 401-6626
E-mail: carrie.daughtrey@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion for Admission Pro Hac Vice and accompanying Certificate of Good Standing were served via electronic mail and/or First Class U.S. Mail, postage prepaid on December 3, 2020, to the following:

Andrew C. Brandon
Federal Public Defender's Office (MDTN)
810 Broadway
Suite 200
Nashville, TN 37203
(615) 736-5047
Email: andrew_brandon@fd.org

*s/ S. Carran Daughtrey*
S. Carran Daughtrey