UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 3:20-cr-00165 |
| v. | ) JUDGE CAMPBELL |
| | ) |
| CALEB JORDAN | ) |

## WAIVER OF SPEEDY TRIAL

I, Caleb Jordan, hereby state to the Court that I have been advised of my rights under the Speedy Trial Act, 18 U.S.C. 3161, et seq. and the Plan For Prompt Disposition of Criminal Cases adopted by this Court, and have further been advised that my case is currently set for trial on December 22, 2020, and that I may have my case tried by that date if I desire. I hereby consent to having my case continued for trial until a later date, and in so doing waive any rights I may have under the Speedy Trial Act and the Plan for Prompt Disposition of Criminal Cases.

*Caleb Jordan*
Caleb Jordan

12/7/2020
Date