# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) NO. 3:20-cr-00165 |
| v. | ) |
| | ) JUDGE CAMPBELL |
| | ) |
| CALEB D. JORDAN | ) |

## ORDER

Pending before the Court is Defendant's Unopposed Motion to Continue Trial and to Extend Filing Date for Pretrial Motions (Doc. No. 29). Through the Motion, Defendant requests a continuance of the trial date, currently set for December 22, 2020, because he needs additional time to review discovery, conduct an investigation, consult an expert, and prepare for trial. The Motion indicates the Government does not oppose a continuance. Defendant has also filed a Waiver of Speedy Trial rights (Doc. No. 30).

The Motion is **GRANTED.** Accordingly, the trial in this case is CONTINUED to May 18, 2021, beginning at 9:00 a.m. The pretrial conference is CONTINUED to May 10, 2021, at 1:30 p.m. All lawyers who will participate in the trial must attend the pretrial conference. The pretrial motion filing deadline is extended to March 10, 2021.

The Court concludes that the period of delay occasioned by the granting of the continuance is reasonable and excludable under the Speedy Trial Act, 18 U.S.C. §§ 3161, *et seq.* The Court specifically finds that the interests of justice served by granting the continuance outweigh the interests of the public and Defendant in a speedy trial on the date previously scheduled. 18 U.S.C. § 3161(h)(7)(A), (B). Defendant is likely to be prejudiced if counsel is not adequately prepared for the trial despite due diligence, and the public interest will not be served if such prejudice ultimately

requires this case to be retried.

Any plea agreement shall be consummated on or before May 3, 2021, and the courtroom deputy so notified. If a plea agreement is submitted, the hearing to take the plea will take place on May 10, 2021, at 1:30 p.m. On or before May 4, 2021, the parties shall submit to chambers the proposed plea agreement, and a document that lists the elements of each offense to for which Defendant is pleading guilty and the statutory penalty for each, including period of incarceration, fine, and the applicable period of supervised release, and Defendant shall submit a plea petition.

If the parties are prepared to proceed with a change-of-plea hearing before this date, they may file a motion requesting an earlier hearing date.

If the case is to be tried, the parties shall file the following on or before May 4, 2021:

1. An agreed set of case specific jury instructions, with citations to supporting authorities.

2. Alternative versions of jury instructions on which there is not an agreement, with citations to supporting authorities.

3. An agreed verdict form or alternative versions.

The parties shall email a Word version of all proposed instructions and verdict forms that are filed to ccampbellchambers@ tnmd.uscourts.gov.

All notices under Federal Rule of Evidence 404(b) shall be provided by April 20, 2021. Motions in limine shall be filed on or before April 27, 2021, and responses shall be filed on or before May 4, 2021.

Any motion to continue the trial shall be filed by May 4, 2021, and any response shall be filed by May 7, 2021. All motions to continue shall be accompanied by a Waiver of Speedy Trial

Rights executed by the defendant, or shall contain an explanation of why such Waiver is not attached.

The parties are forewarned that motions filed after the deadlines set forth herein may not be considered by the Court. Counsel for the parties shall comply timely with the discovery and motion provisions of L.Cr.R. 12.01 and 16.01.

Defendant shall attend all court proceedings in this case. If a defendant is in custody, the Government shall take all necessary actions to secure the timely presence of the defendant at all Court proceedings. Counsel for Defendant shall make sure street clothes are available timely for Defendant at trial.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE

3