IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 3:20-cr-000165 |
| v. | ) | |
| | ) | JUDGE CAMPBELL |
| CALEB D. JORDAN | ) | |

### ORDER

Pending before the Court is Defendant's Unopposed Motion for Temporary Appointment of Co-Counsel. (Doc. No. 33). Counsel for Defendant explains that he is leaving the Office of the Federal Public Defender and that, due to staffing restrictions and other reasons, Mr. Jordan's case will need to be assigned to an attorney from the Criminal Justice Act panel. Counsel for Defendant requests the Court allow a brief period of concurrent representation to facilitate the transfer of expert contracts, discovery, and historical knowledge of the case.

The Motion is **GRANTED**. Pursuant to 18 U.S.C. § 3006A, the Court orders the Federal Public Defender's Office to Designate a member of the Federal Defender's Panel to represent the defendant as co-counsel in this case.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE