# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | No. 3:20-cr-00165 |
| | ) | Judge Campbell |
| | ) | |
| **CALEB D. JORDAN** | ) | |

## MOTION TO FILE UNDER SEAL AND *EX PARTE*

Caleb Jordan, through undersigned counsel, hereby requests permission to file under seal and *ex parte* the document submitted immediately after this motion. The basis for filing under seal and *ex parte* is apparent on the face of the document.

Respectfully submitted,

s/*Kathleen G. Morris*
Kathleen G. Morris
P.O. Box 128091
Nashville, TN 37212
615-440-6223

### Certificate of Service

I hereby certify that I filed this document through the Court's electronic filing system which generated a notification thereof to Assistant United States Attorney Carrie Daughtrey, 110 Ninth Avenue South, Suite A-961, this 25th day of March, 2021.

s/*Kathleen G. Morris*
Kathleen G. Morris