IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | NO. 3:20-cr-00165 |
| v. | ) | |
| | ) | JUDGE CAMPBELL |
| | ) | |
| CALEB D. JORDAN | ) | |

## ORDER

Pending before the Court is Defendant's Unopposed Motion to Continue Trial and Pretrial Deadlines (Doc. No. 43). Through the Motion, Defendant requests the Court continue the trial in this case, currently set for May 18, 2021, and other deadlines, because he needs additional time to review the voluminous discovery being produced by the Government in this case. The Motion indicates counsel will file Defendant's Waiver of Speedy Trial upon receipt.

The Motion is **TAKEN UNDER ADVISEMENT** pending the filing of Defendant's Waiver. The pretrial conference/change-of-plea hearing, currently set for May 10, 2021, is **CONTINUED** to May 17, 2021, at 3:00 p.m.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE