UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3:20-cr-00165 |
| ) | Judge Campbell |
| ) | |
| CALEB D. JORDAN ) | |

## SPEEDY TRIAL WAIVER

I, Caleb Jordan, hereby state to the Court that I have been advised of my rights under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., and the Plan for Prompt Disposition of Criminal Cases adopted by this Court. I have further been advised that my case is currently set for trial on May 18, 2021, and that I may have my case tried by that date if I desire. I hereby consent to having my case continued for trial from that date so that my attorney can complete her preparations for trial and fully advise me as to my options for resolving this case, and in so doing, waive any rights I may have under the Speedy Trial Act and Plan for Prompt Disposition of Criminal Cases as it relates to the May 18, 2021 trial date.

Caleb Jordan
_____
Caleb Jordan
Date: 4/30/2021