**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **NO. 3:20-cr-00165** |
| **v.** | ) | |
| | ) | **JUDGE CAMPBELL** |
| **CALEB B. JORDAN** | ) | |

## ORDER APPOINTING CO-COUNSEL

Pending before the Court is Defendant Caleb B. Jordan's sealed *ex parte* motion (Doc. No. 63) requesting the appointment of co-counsel.[1] Mr. Jordan's case involves voluminous discovery, complex legal issues, and a lengthy jury trial. The Court finds it is necessary and in the interests of justice to appoint an additional attorney to represent Mr. Jordan. Accordingly, Mr. Jordan's motion (Doc. No. 63) is **GRANTED**, and the Court orders the Federal Public Defender's Office to designate a member of the Federal Defender's Panel to be appointed as co-counsel of record in this case.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE

---

[1] The motion was filed under seal and *ex parte* because it discusses attorney work-product and cites to other documents previously filed under seal and *ex parte*.