UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA             )
                                           )
       v.                                )    NO.  3:20-cr-00165
                                           )    JUDGE CAMPBELL
CALEB B. JORDAN                  )
                                           )

## UNITED STATES' UNOPPOSED MOTION TO RESET TRIAL

This Court has set the trial in this case for July 19, 2022. The undersigned attorney has a conflict that week and has contacted defense counsel about resetting the case a week earlier or in August. Counsel for the defense have no objection to this request but ask that the trial be scheduled the last week of August 2022 or in September 2022. Wherefore, the United States respectfully requests that the trial be reset to August 23, August 30, or anytime in September 2022.

Respectfully submitted,

MARY JANE STEWART
Acting United States Attorney for the
Middle District of Tennessee

s/ S. Carran Daughtrey
S. Carran Daughtrey
Assistant United States Attorney
110 Ninth Avenue South, Suite A-961
Nashville, Tennessee 37203-3870
615-736-5151

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served electronically on Kathleen G. Morris and Jodie A. Bell, attorneys for Caleb B. Jordan, on this, the 3rd day of November  2021.

s/ S. Carran Daughtrey
S. Carran Daughtrey