# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:20-cr-00165 |
| | ) | Judge Campbell |
| | ) | |
| CALEB D. JORDAN | ) | |

## NOTICE OF FILING SPEEDY TRIAL WAIVER

Caleb Jordan, through undersigned counsel, hereby gives notice of filing the attached Speedy Trial Waiver related to the July 19, 2022 trial date.

Respectfully submitted,

s/*Kathleen G. Morris*
Kathleen G. Morris
P.O. Box 128091
Nashville, TN 37212
615-440-6223

s/Jodie Ann Bell
Jodie Ann Bell
Washington Square Building
214 Second Avenue North, Suite 208
Nashville, Tennessee 37201
615-244-1110/615-953-4977
615-928-1901 facsimile
jodie@attorneyjodiebell.com

## Certificate of Service

I hereby certify that I filed this document through the Court's electronic filing system which generated a notification thereof to Assistant United States Attorney Carrie Daughtrey, 110 Ninth Avenue South, Suite A-961, this 18th day of November 2021.

s/*Kathleen G. Morris*
Kathleen G. Morris