UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 3:20-cr-00165 |
| | ) Judge Campbell |
| | ) |
| CALEB D. JORDAN | ) |

## SPEEDY TRIAL WAIVER

I, Caleb Jordan, hereby state to the Court that I have been advised of my rights under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., and the Plan for Prompt Disposition of Criminal Cases adopted by this Court. My case is currently set for trial on July 19, 2022, having been continued at my request, consistent with my Speedy Trial Waiver submitted along with my motion to continue. Since the last continuance, I have been informed that a scheduling conflict has arisen which requires a resetting of the July 19, 2022 trial date. I hereby consent to having my case continued for trial from that date for up to 60 days thereafter to enable my counsel to be fully prepared and to accommodate the scheduling issues that have arisen. In so doing, I waive any rights I may have under the Speedy Trial Act and Plan for Prompt Disposition of Criminal Cases as it relates to the July 19, 2022 trial date.

*caleb Jordan*
Caleb Jordan

Date: 11-15-21