# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 3:20-cr-00165 |
| v. | ) | |
| | ) | JUDGE CAMPBELL |
| CALEB B. JORDAN | ) | |

## ORDER

Pending before the Court is the Government's Unopposed Motion to Reset Trial. (Doc. No. 67). Through the Motion, the Government requests a continuance of the trial, currently scheduled for July 19, 2022, because counsel has a conflict. The Motion states that Defendant does not oppose the requested continuance. Defendant has filed a Waiver of Speedy Trial rights. (Doc. No. 68-1).

The Motion is **GRANTED**. Accordingly, the trial in this case is **CONTINUED** to September 13, 2022, at 9:00 a.m. The pretrial conference is **CONTINUED** to September 1, 2022, at 11:00 a.m. All lawyers who will participate in the trial must attend the pretrial conference. The pretrial motion filing deadline is extended to August 1, 2022.

The Court concludes that the period of delay occasioned by the granting of the continuance is reasonable and excludable under the Speedy Trial Act, 18 U.S.C. §§ 3161, *et seq.* The Court specifically finds that the interests of justice served by granting the continuance outweigh the interests of the public and Defendant in a speedy trial on the date previously scheduled. 18 U.S.C. § 3161(h)(7)(A), (B).

Any plea agreement shall be consummated on or before August 25, 2022, and the courtroom deputy so notified. If a plea agreement is submitted, the hearing to take the plea will take place on September 1, 2022, at 11:00 a.m. On or before August 26, 2022, the parties shall submit to chambers the proposed plea agreement, and a document that lists the elements of each

offense to which Defendant is pleading guilty and the statutory penalty for each, including period of incarceration, fine, and the applicable period of supervised release, and Defendant shall submit a plea petition.

If the case is to be tried, the parties shall file the following on or before August 26, 2022:

1. An agreed set of case specific jury instructions, with citations to supporting authorities.

2. Alternative versions of jury instructions on which there is not an agreement, with citations to supporting authorities.

3. An agreed verdict form or alternative versions.

The parties shall email a Word version of all proposed instructions and verdict forms that are filed to ccampbellchambers@tnmd.uscourts.gov.

All notices under Federal Rule of Evidence 404(b) shall be provided by August 16, 2022. Motions in limine shall be filed on or before August 23, 2022, and responses shall be filed on or before August 30, 2022.

Any motion to continue the trial shall be filed by August 30, 2022, and any response shall be filed by September 2, 2022. All motions to continue shall be accompanied by a Waiver of Speedy Trial Rights executed by Defendant, or shall contain an explanation of why such Waiver is not attached.

The parties are forewarned that motions filed after the deadlines set forth herein may not be considered by the Court. Counsel for the parties shall comply timely with the discovery and motion provisions of L.Cr.R. 12.01 and 16.01.

Defendant shall attend all court proceedings in this case. If a defendant is in custody, the Government shall take all necessary actions to secure the timely presence of the defendant at all

Court proceedings. Counsel for Defendant shall make sure street clothes are available timely for Defendant at trial.

    It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE

3

Case 3:20-cr-00165   Document 69   Filed 11/19/21   Page 3 of 3 PageID #: 256