**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ] | |
| | ] | |
| **v.** | ] | **No. 3:20-cr-00165** |
| | ] | **JUDGE CAMPBELL** |
| **CALEB JORDAN** | ] | |

## WAIVER OF SPEEDY TRIAL

I, CALEB JORDAN, hereby state to the Court that I have been advised of my rights under the Speedy Trial Act, 18 U.S.C. 3161 *et seq.*, and the Plan for Prompt Disposition of Criminal Cases as adopted by this Court. I have also been advised that my case is currently set for trial on September 13, 2022, and that I may have my case tried by that date if I desire. I hereby consent to having my case continued for trial from that date so that my attorneys can complete their preparations for trial and fully advise me as to my options for resolving this case, and in so doing, waive any rights I may have under the Speedy Trial Act, and the Plan for Prompt Disposition of Criminal Cases as it relates to the September 13, 2022 trial date.

Caleb Jordan
_____
Caleb Jordan

Date: 7.14.22