IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| | ) | NO. 3:20-cr-00165 |
| v. | ) | |
| | ) | JUDGE CAMPBELL |
| CALEB D. JORDAN | ) | |
| | ) | |

## ORDER

Pending before the Court is Defendant's Unopposed Motion to Extend Deadline to Submit Plea Documents and to Set Change of Plea Hearing (Doc. No. 84). The motion is GRANTED, and the plea hearing is scheduled for January 31, 2023, at 1:30 p.m.

On or before January 24, 2023, the parties shall submit to chambers the proposed plea agreement, and a document that lists the elements of each offense to which Defendant is pleading guilty and the statutory penalty for each, including period of incarceration, fine, and applicable period of supervised release, and Defendant shall submit a plea petition.

If the plea is not entered on January 31, 2023, the trial will start on February 7, 2023.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE