UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No: 3:20-CR-00165 |
| v. ) | JUDGE CAMPBELL |
| ) | |
| CALEB D. JORDAN ) | |

UNITED STATES' POSITION WITH RESPECT TO PRESENTENCE REPORT

The United States has reviewed the pre-sentence report prepared in this case and has no additions, corrections, or modifications to make to it.

Respectfully submitted,

HENRY C. LEVENTIS
United States Attorney for the
Middle District of Tennessee

s/ S. Carran Daughtrey
S. CARRAN DAUGHTREY
Assistant United States Attorney
719 Church Street, Suite 3300
Nashville, Tennessee 37203
Telephone: (615) 736-5151

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing will be served electronically via CM/ECF to Kathleen Morris and Jodi Bell, counsel for the defendant, on June 29, 2023.

s/ S. Carran Daughtrey
S. CARRAN DAUGHTREY