UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 3:20-CR-00165 |
| | ) | JUDGE CAMPBELL |
| | ) | |
| CALEB JORDAN | ) | |

## CALEB JORDAN'S SENTENCING POSITION

Comes now the defendant, CALEB JORDAN, by and through undersigned counsel and hereby notifies that Court that he has no objections to the advisory guideline range as currently calculated in the Presentence Investigation Report (hereinafter "PSR") dated June 25, 2023.

Mr. Jordan notes, as is noted in the PSR, however that departures from the advisory guidelines range based upon his age (U.S.S.G. § 5H1.1) and mental and emotional condition (U.S.S.G. § 5H1.3) may apply. Mr. Jordan has moved for a variance in his contemporaneously filed sentencing memorandum based upon his age and mental and emotional conditions and incorporates by the reference here, for the record, the arguments set forth more fully in his contemporaneously filed sentencing memorandum (*filed under seal*).

1

Respectfully submitted,


___s/ **Kathleen G. Morris**_____
KATHLEEN G. MORRIS
P.O. BOX 128091
Nashville, Tennessee 37212
(615) 440-6223
Morris @kmorris.net



___s/ **Jodie A. Bell**_____
JODIE A. BELL
Washington Square Building
214 Second Avenue North, Suite 208
Nashville, Tennessee 37201
(615) 953-4977
(615) 928-1901  facsimile
jodie@attorneyjodiebell.com


**CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing Motion was filed electronically and served on the following:

S. Carran Daughtrey
U.S. Attorney's Office
Middle District of Tennessee
719 Church Street, Suite 3300
Nashville, Tennessee 37203

Kyle P. Reynolds
Department of Justice
1301 New York Avenue NW
Washington, DC. 20005

This the 29th day of June 2023.

/s/ Jodie A. Bell_____
JODIE A. BELL

2

3