UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 3:20-CR-00165 |
| | ) | JUDGE CAMPBELL |
| CALEB JORDAN | ) | |

**NOTICE OF FILING**

Comes now the defendant, CALEB JORDAN, by and through undersigned counsel and hereby files a copy of the July 6, 2022 sentencing hearing transcript from the case of *United States v. Jeremiah Harris*, 1:20-cr-00637 (N.D. Ill.), at docket number 72 (see **attachment**). Mr. Jordan cites to the *Harris* case in his contemporaneously filed sentencing memorandum (*filed under seal*) underscoring that the requested fifteen year sentence will not result in an unwarranted sentencing disparity.

Respectfully submitted,

\_\_\_s/ **Kathleen G. Morris**_____
KATHLEEN G. MORRIS
P.O. BOX 128091
Nashville, Tennessee 37212
(615) 440-6223
Morris @kmorris.net

1

                                          s/ **Jodie A. Bell**_____
JODIE A. BELL
Washington Square Building
214 Second Avenue North, Suite 208
Nashville, Tennessee 37201
(615) 953-4977
(615) 928-1901  facsimile
jodie@attorneyjodiebell.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing Motion was filed electronically and served on the following:

S. Carran Daughtrey
U.S. Attorney's Office
Middle District of Tennessee
719 Church Street, Suite 3300
Nashville, Tennessee 37203

Kyle P. Reynolds
Department of Justice
1301 New York Avenue NW
Washington, DC. 20005

This the 29th day of June 2023.
                                          /s/ Jodie A. Bell_____
                                          JODIE A. BELL