> ORDER: Motion GRANTED.
> /s/ William L. Campbell, Jr.

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No: 3:20-CR-00165 |
| v. ) | JUDGE CAMPBELL |
| ) | |
| CALEB D. JORDAN ) | |

### UNITED STATES' MOTION TO EXTEND TIME TO FILE SENTENCING MEMORANDUM

The United States, by and through United States Attorney Henry C. Leventis, and Assistant United States Attorney S. Carran Daughtrey, hereby requests an additional day to file its sentencing memorandum in the above styled case. The filing is due today, but because of scheduling conflicts, the undersigned attorney for the government does not expect to be able to complete it today. D.E. 91: Scheduling Order. Wherefore, the government respectfully requests an extension of one day to file its sentencing memorandum, until June 30, 2023.

Respectfully submitted,

HENRY C. LEVENTIS
United States Attorney for the
Middle District of Tennessee

s/ S. Carran Daughtrey
S. CARRAN DAUGHTREY
Assistant United States Attorney
719 Church Street, Suite 3300
Nashville, Tennessee 37203
Telephone: (615) 736-5151

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing will be served electronically via CM/ECF to Kathleen Morris and Jodi Bell, counsel for the defendant, on June 29, 2023.

s/ S. Carran Daughtrey
S. CARRAN DAUGHTREY