# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3:20-cr-00165 |
| ) | Judge Campbell |
| ) | |
| CALEB D. JORDAN ) | |

## MOTION TO FILE SENTENCING DOCUMENT UNDER SEAL

Caleb Jordan, through undersigned counsel, hereby requests permission to file his Sentencing Memorandum under seal. The memorandum is properly filed under seal because it refers extensively to the Presentence Investigation Report and other materials not subject to public disclosure.

Respectfully submitted,

s/*Kathleen G. Morris*
Kathleen G. Morris
P.O. Box 128091
Nashville, TN 37212
615-440-6223

s/Jodie Ann Bell
Jodie Ann Bell
Washington Square Building
214 Second Avenue North, Suite 208
Nashville, Tennessee 37201
615-244-1110/615-953-4977
615-928-1901 facsimile
jodie@attorneyjodiebell.com

## Certificate of Service

I hereby certify that I filed this document through the Court's electronic filing system which generated a notification thereof to Assistant United States Attorney Carrie Daughtrey, 719 Church Street, Suite 3300, Nashville, TN 37203, this 29th day of June 2023.

s/*Kathleen G. Morris*
Kathleen G. Morris