UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No: 3:20-CR-00165 |
| v. | ) | JUDGE CAMPBELL |
| | ) | |
| CALEB D. JORDAN | ) | |

UNITED STATES' MOTION FOR LEAVE TO FILE UNDER SEAL

The United States, by and through United States Attorney Henry C. Leventis, and Assistant United States Attorney S. Carran Daughtrey, hereby requests that this Court allow the United States to file a document under seal that contains information that would identify minor victims in the above styled case.

The "Administrative Practices and Procedures for Electronic Case Filing (ECF)" adopted by this Court in Administrative Order # 167 at Section 5.07 requires a party seeking to file documents under seal to electronically file a motion for leave of court to do so, via the Court's electronic system.

The United States therefore respectfully request that this Court permit the filing of said motion under seal.

Respectfully submitted,

HENRY C. LEVENTIS
United States Attorney for the
Middle District of Tennessee

s/ S. Carran Daughtrey
S. CARRAN DAUGHTREY
Assistant United States Attorney
719 Church Street, Suite 3300
Nashville, Tennessee 37203
Telephone: (615) 736-5151

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing will be served electronically via CM/ECF to Kathleen Morris and Jodi Bell, counsel for the defendant, on July 1, 2023.

s/ S. Carran Daughtrey<br>
S. CARRAN DAUGHTREY