UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 3:20-CR-00165 |
| | ) | JUDGE CAMPBELL |
| | ) | |
| CALEB JORDAN | ) | |

## UNOPPOSED MOTION TO CONTINUE JULY 6, 2023 (DE 91) SENTENCING HEARING

Comes now the defendant, CALEB JORDAN, by and through undersigned counsel and hereby moves this Court to continue his July 6, 2023 sentencing hearing (DE 91) for at least several weeks or more to a date convenient to the Court and parties.

In support of this motion, Mr. Jordan submits the following:

Mr. Jordan is currently scheduled for a sentencing hearing tomorrow July 6, 2023. His lead counsel is Kathleen Morris; Ms. Morris would like to participate in Mr. Jordan's sentencing hearing. Today, July 5, 2023, Ms. Morris was called by the Metro Nashville Police Department to assist with one of her clients who had barricaded himself in his home. Ms. Morris was at the client's home with police for approximately five hours help police attempt to persuade the client to come outside. Ms. Morris' client terminated his own life. Ms. Morris is unable to proceed with Mr. Jordan's hearing tomorrow in light of this traumatic event and her proximity to it.

1

Undersigned counsel has conferred with Assistant United States District Attorney S. Carran Daughtrey and the government does not oppose the continuance. Ms. Daughtrey has called off her one out of state witness and asks that the parties be permitted to confer and propose several dates to the Court so that that her witness is available. The parties will get proposed dates to the Court within the next week.

Based upon the foregoing, undersigned counsel request that the Court grant the instant motion and continue Mr. Jordan's sentencing hearing to a date convenient for the Court when the parties are available.

Respectfully submitted,

___s/ **Kathleen G. Morris**_____ ____
KATHLEEN G. MORRIS
P.O. BOX 128091
Nashville, Tennessee 37212
(615) 440-6223
Morris @kmorris.net


___s/ **Jodie A. Bell**_____ _____
JODIE A. BELL
Washington Square Building
214 Second Avenue North, Suite 208
Nashville, Tennessee 37201
(615) 953-4977
(615) 928-1901  facsimile
jodie@attorneyjodiebell.com

## CERTIFICATE OF SERVICE

      I hereby certify that a true and exact copy of the foregoing Motion was filed electronically and served on the following:

S. Carran Daughtrey
U.S. Attorney's Office
Middle District of Tennessee
719 Church Street, Suite 3300
Nashville, Tennessee 37203

This the 5th day of July 2023.

                                              /s/ Jodie A. Bell
                                              JODIE A. BELL