IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | NO. 3:20-cr-00165 |
| | ) | |
| CALEB JORDAN | ) | JUDGE CAMPBELL |

## ORDER

Pending before the Court is an unopposed motion to continue the sentencing hearing. (Doc. No. 106). The motion is **GRANTED**, and the hearing currently set for July 6, 2023, is **CONTINUED** to be reset by separate order.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE