IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | NO. 3:20-cr-00165 |
| v. | ) | |
| | ) | JUDGE CAMPBELL |
| CALEB D. JORDAN | ) | |
| | ) | |

**ORDER**

The sentencing hearing in this matter is scheduled for September 14, 2023, at 2:00 p.m.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE