UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:20-CR-00165 |
| | ) | JUDGE CAMPBELL |
| CALEB JORDAN | ) | |

## NOTICE OF FILING-
## ADDITIONAL CHARACTER LETTERS

Comes now the defendant, CALEB JORDAN, by and through undersigned counsel and hereby provides the following character letters for the Court's consideration at his sentencing hearing (see attachment):

Family Letters: Ondria McGowan, Sister; Andrew Jordan, Brother; Austin Jordan, Brother; and Dylan Jordan, Brother.

Additional Character Letters: Rucker Chunn, Pastor; Lisa Simmons, Former Neighbor; and E.D. Hines, Family Friend.

Respectfully submitted,

   s/ **Kathleen G. Morris**
KATHLEEN G. MORRIS
P.O. BOX 128091
Nashville, Tennessee 37212
(615) 440-6223
Morris @kmorris.net

1

           s/ **Jodie A. Bell**
JODIE A. BELL
Washington Square Building
214 Second Avenue North, Suite 208
Nashville, Tennessee 37201
(615) 953-4977
(615) 928-1901  facsimile
jodie@attorneyjodiebell.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing Motion was filed electronically and served on the following:

S. Carran Daughtrey
U.S. Attorney's Office
Middle District of Tennessee
719 Church Street, Suite 3300
Nashville, Tennessee 37203

This the 31st day of July 2023.

           /s/ Jodie A. Bell
JODIE A. BELL