Family Letters

Ondria McGowan, Sister
Andrew Jordan, Brother
Austin Jordan, Brother
Dylan Jordan, Brother

To the Honorable Judge Campbell,

On behalf of my little brother Caleb Jordan, I want to say a few words regarding growing up with him. My name is Ondria Mcgowan and I lived with Caleb until I graduated high school.

Caleb was the typical little brother; the baby of the family and always wanted to be the center of attention. He loved making everyone laugh and just had a genuine love for people. It was hard for him to find people he could connect with on a personal level because he was a little different and people often shied away from him because they didn't know how to be his friend or just didn't want to. At the end of the day, Caleb still tried and he was good to everyone he came in contact with. Caleb was such a light in every room he entered and could easily put a smile on anyone's face. He didn't see himself as different and he accepted everyone.

Our church always wanted Caleb to be involved in all activities. He was a greeter at church and was the first face people saw when they came in the doors and they loved seeing him. He was a great team leader and just loved interacting with people and putting on a show.

I hope you could see him the way I see him. He is my blood brother and I'll always love him with all my heart. We will always have each other till our last breath.

Thank you for taking time out of your day to read what I have to say about my brother.

Sincerely,

Ondria Mcgowan

*Ondrea Mullen*

**Subject:** Fwd: Caleb 6/19/23
**Date:** Monday, June 19, 2023 at 11:17:05 AM Central Daylight Time
**From:** Home Email
**To:** Kathleen Morris, Jodie Bell

Letter from Andrew

Pam

Begin forwarded message: ·.

**From:** Andrew Jordan ~~<andjrd@yahoo.com>~~
**Date:** June 19, 2023 at 10:13:31 AM CDT
**To:** Pam Jordan ~~<lovinquiles@yahoo.com>~~
**Subject:** Caleb 6/19/23

To whom it may concern,

My name is Andrew Jordan I am an older brother to Caleb Jordan. I don't fully remember when Caleb was adopted, but I do remember him as a baby and a toddler and through the years of visiting my dad and my stepmother to see them time to time in Nashville on those trips. It was clear to me the older he got that he did have a developmental issue that affected him with his social abilities. What I gathered he was unfortunately bullied in middle and and high school, I do not know if this has played any factors in his development. I know my parents tried their best to give him what they were able too. I never witnessed any type of violence from him over the years. I don't know much about his case or his possible sentencing but I hope the court will consider his disabilities as to be in a safe environment with treatment.

Thank You,
Andrew



**Subject:** Fwd: Caleb
**Date:** Wednesday, June 21, 2023 at 10:11:03 AM Central Daylight Time
**From:** Home Email
**To:** Kathleen Morris, Jodie Bell

From his brother Austin

Pam

Begin forwarded message:

**From:** Austin Mortison <~~caleb.morrison@redacted.com~~>
**Date:** June 20, 2023 at 10:15:31 PM CDT
**To:** ~~redacted@yahoo.com~~
**Subject:** Caleb

I am Austin Jordan Caleb Jordan's older brother.I am writing this letter so you can kind of see Caleb through my eyes.
Growing up Caleb just always seemed outta place and look a the world upside down.
He was a happy little boy growing up,we are a happy loving family.When he started into his teenage years he didn't fit in at all was kind of a outcast.Caleb was very awkward in most situations.anything he finds interest in he get fixated on, obsessed.He is very smart but in some ways he just doesn't get it.
This situation has Devastated our family as I'm sure you could imagine.This has ruined my dads and stepmothers life forever as well as victims I'm sure..
It breaks our hearts that this has happened
We pray that you have it in your heart to help Caleb with a special treatment so he can get better and healthy minded...
The last thing we want is him to get worse
We hope that he will have a chance to better himself.

Thank you.


Sent from my iPhone

**Subject:** Fwd: Caleb's attorney
**Date:** Thursday, June 29, 2023 at 9:07:54 AM Central Daylight Time
**From:** Kathleen Morris
**To:** Jodie Bell

Dylan's email of support, below.

---------- Forwarded message ---------
From: **DirtySouthGoons** <dylanarmyt██@gmail.com>
Date: Wed, Jun 28, 2023 at 7:56 PM
Subject: Caleb's attorney
To: <Morris@kmorris.net>


I may not have always been around but the time I've spent around Caleb he was always different than his age group. It's very obvious I'm sure anyone could tell probably even now. He would fixate on things like magic or police cars or movies and just seemed to be off. In hindsight he was just never normal.

I hope this is helpful
Thank You and have a blessed day


--
Kathleen G. Morris
Attorney at Law
P.O. Box 128091
Nashville, TN 37212
615-440-5273

Additional Character Letters

Rucker Chunn, Pastor
Lisa Simmons, Former Neighbor
E.D. Hines, Family Friend

.

**Rucker Chunn**
~~140 Medan Valley Drive~~
~~Goodletsville~~, TN ~~37072~~
Cell PH 615-~~440-7336~~
e-mail ~~ruckerchunn@gmail.com~~

Kathleen G. Morris
Attorney at Law
PO Box 128091
Nashville, TN 37212

06/21/2023

RE: Character of Caleb Jordan
Current- #231072 Grayson Co. Detention Ctr. Leitchfield KY 42754

To Whom It May Concern:

I have been associated with Caleb Jordan and his parents Pam & Curtis Jordan for approximately 6 years. During that time most of my association has been with Pam and Curtis, however, occasionally Caleb did attend my bible study class with his parents. As teenager then, Caleb always impressed me with his questions and research regarding the Bible and Christian life. While I am well aware of his arrest, and many circumstances of his case, I believe Caleb has a good heart; and while certainly he has reportedly had some serious indiscretions, I think he is basically a good person.

During Caleb's incarceration awaiting trial, and currently, we have maintained a relationship by correspondence in the mail for approximately 3 years. Most of his conversations were regarding spiritual questions he has (or had) regarding specific actions, people and doctrines in the Bible. He has discussed some matters of his incarceration; sadness being separated from his family; remorse that he failed to adhere to character building attributes his parents tried to teach him. He also related various difficulties of dealing with life in confinement and restriction. Additionally, he is a huge fan of Marvel Movies and characters; and a lover of Christian music.

Many of the things about Caleb are quite common in teenagers growing up. In my opinion, the difficulty comes from what appears to be an extremely intelligent and overly inquisitive mind that did not have the same measure of wisdom and restraint to accompany his inquisitions. During the past 3 years communicating with Caleb by letter, I believe he has matured a great deal and has accepted more responsibility for his past actions that were detrimental. With the proper direction and guidance I believe Caleb can be a responsible and good moral citizen of firm Christian character, having repented of his sins and failures of the past. I sincerely believe he can be directed in a path that will create in him a leader of others and an example to follow. It is sad that he got misdirected somewhere earlier in his life which resulted in his ultimate situation.

PAGE 1 of 2

As a Christian, I truly believe in the changed life that occurs when one commits his or her life to Christ. The scriptures note: *2Co 5:17 Therefore if any man be in Christ, he is a new creature: old things are passed away; behold, all things are become new*. This certainly has been the case in many good people of whom I am aware and have observed through the years. Having held many church services for prisoners at the main prison in Nashville TN in my early ministry, I have seen men of strong moral character leave the prison and contribute greatly to the church and the community at large. With the proper help, I have confidence Caleb can be one of those individuals. Certainly, his parents have been, and continue to be, exemplary in their walk with Christ, from my perspective.

As the Seniors Ministry Pastor of the Jordans in our church since early 2020, and having been associated with them prior to that as well, I feel Caleb is blessed with a strong family unit that will support his maturing into a respectable adult as they have opportunity. One might feel that Caleb shouldn't have gone astray considering the good foundational family he has. However, I have seen many church pastor's children take terrible wrong turns early in their life; only to repent from wrongdoing and become outstanding leaders in the church.

In summary, I believe Caleb Jordan is definitely on the road to reforming into a responsible person of moral character provided he has a proper support group to lead him in the correct path. His future is dependent on receiving proper care and direction that I hope can be provided to him. He has a good foundational character in spite of his missteps. Please contact me if I can be of any influence or assistance to help Caleb succeed in this mission.

Sincerely,

Rucker Chunn
Senior's Ministry Pastor
Mt. Juliet Church of God, Mt Juliet TN

PAGE 2 of 2 Character of Caleb Jordan


## Character letter for Caleb Jordan 6/23/23

1 message

**Lisa Simmons** <lk██████22@gmail.com>                                                Fri, Jun 23, 2023 at 5:35 PM
To: Lisa Simmons <lksimmons22@gmail.com>

Barry and Lisa Simmons
Former next door neighbors of the Jordan family
████████████
Mt. Juliet, TN ██████
████████████

To Whom it May Concern:

My husband Barry has lived at the address above since 1983, and I moved to this address in 1993, which is where
we still reside. Caleb and his family were our next door neighbors from approximately 2011 until 2020. We met and got
to know Caleb through our beloved dogs (Dolce and Gretchen) who became fast friends when the Jordan family moved
in. The instances below are listed from earliest to the most recent, to the best of my memory.

My husband and I grew to have a soft spot for Caleb. He was a bit shy and awkward, but really kind and excited to talk
once he got to know you. We understood that Caleb had a disability of some sort due to his effect when speaking. That
was endearing to me, as my mother had a Master's in Special Education and taught in Metro Nashville schools for many
years. Caleb told us how he had always wanted a German Shepherd, because K9 Officers have German Shepherds,
and that's what he wanted to be when he grew up. Also, he named her Gretchen because that's a German name for a
German dog.

At some point, Caleb learned that Barry and I lost our oldest son B.J. in a motorcycle accident. That next Mother's Day
when I pulled into my driveway, there was a handmade sign in the front yard from Caleb wishing me a happy Mother's
Day. As you can imagine, that meant the world to me and my husband. We kept this sign for years, but unfortunately, we
no longer have it or any pictures to provide for support.

Caleb noticed that Barry and I had a collection of cans behind our shed. He offered to get rid of them for us if we allowed
him to keep the money he received for them. We were more than happy with that offer. I suppose Caleb was concerned
with the amount of beer cans he found in the collection, so he wrote us a letter and placed it in our mail box. A copy of
this letter is provided.

One summer, Caleb watched our dog Dolce for a week while we were out of town. With his father's help, he did a great
job and we trusted him completely.

In summary, we very much care for Caleb. Our relationship with him was always kind, and many times funny. We are
heartbroken that Caleb has become a defendant in a very serious case, however, we only know Caleb as a sweet, kind
hearted, respectful young man.

Thank you for taking the time to learn a little bit more about Caleb. I hope this helps in some way for all concerned. We
are available to confirm the facts in this letter by phone or email.

Sincerely,

*Lisa K. Simmons*

Lisa K. Simmons

Hello and thanks for reading my note. I also apolgize for the horrible handwritting I am doing and I Know Sending a note like this with no Stamp is elligal So please don't report me. But ~~yesterday~~ yesturday I came over and came to take yalls trash down just to be Kind. But instead you presented me to a Million beer cans and I grabbed a few. But after the next day I was thinking and I wanted to Know if one day, I Can come and take all of those cans to recycle. And of course I will give yall a cut of the $$ if I can do this. Now if yall where already going to do this then I am sorry and I will return the bags I took. But if you simply want to get rid of

them Then Please let me Know
Please E-Mail me = TheJordans371a@gmail.com

For your responce. And again I am Sorry for this aweful handwritting, it's truly embarrising. :'(

From: Caleb Jordan

PS: I Know this is none of my busines but I advise yall to Stop drinking alcoholic beverages. For did you Know that alcohol has caused more Physical, mental, and Psychological damage to more people of all ages than all of the hallucinogenic drugs combined. And as a christian and a loving Kind person I am, I simply warn yall that theres more negatives then positives at drinking.

Jun 19, 23

Honorable Judge Campbell:

I AM SEVENTY THREE AND my WRITTING is BAD
SO I pRINT, You ARE tHE JuDge tHAt is TRyING tHE
CASE oF CAleB JorDan wHo I HAVE KNowEN SENSE
HE was SIX yEARS olD. WE, my Family GREW up
wItH tHE JorDan Family AnD WENT to cHurcH
togETHER. CAleB wENT FisHing AnD CampING
HE was LIKE A SEcoND SoN to OUR Family. Now
I CAN NOT tolk ABouT wHAT HE DiD, I DoNoT
KNow, buT I CAN talk AbouT tHE oNE wHo
TRICK CAleB, FoR HE is tHE oNE wHo TRICK
EUE IN tHE garDEN, HE is tHE oNE wHo tRIED
to TRICK JESUS IN MATTHEW GospEl AnD MARK.
LuciFER comEs to stEAl, RoB, AnD KIll. LuciFER
CamE INto tHIS worlD BECAuSE oF PRIDE, to DEStroy
mANKinD, BECAUSE WE tHE PEoplE ARE mADE IN
tHE ImAGE AnD LIKENESS oF JEHOVAH, CAleB
JorDAN LIStEN to tHE wRoNg PEoplE, tHEy wERE
woRKING FoR LuciFER. I CAN REmEmBER sit Down
wItH HIM AnD talking ABouT GoD AnD SHARING
StoRyES, WHAT it woulD BE LIKE IN HEAVEN.
I HAVE LEARN tHAT SAtAN wIll usE wHAT EVER
HE HAS To stEAl, RoB AnD KIll, RIgHt now SAtAN is tRYING
To DEStRoy tHE Family oF tHE JorDaNs AND CAleB FoR
GoD HAs A plAN FoR HIM HERE oN tHE EARtH.

Caleb study the Fathers word and He writes letter to me and Rock and they are always a bout the Fathers word. We were camping at the church property and Fishing every year with the Royal Rangers at Life Assembley Church. We Had a great time. I only Remember the good things. Just Like Jesus Forgave us Humans of our sins on the Cross, I can Forgive Caleb of His sins and just love Him as Jesus loves us. You Have the Right Judge Campbell to Put Caleb away For mini years and I Have the Right to Ask you to Be Lenient and Have mercy on my Brother In Christ. I would Like to see Caleb Home For Christmas sometime soon.

Your Brother In Christ

Evangelist B. D. Featherchicken

PS, I Know Caleb Jordan and He was lie too.




NASHVILLE TN 370
20 JUN 2023 PM 5 L

Kathleen G. Morris
Attorney at Law
P.O. Box 12859?)

