REV 09/18

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

Case No.: 3:20-00165

**UNITED STATES OF AMERICA**

V.

**CALEB D. JORDAN**

(list each defendant appearing at hearing)

Judge: William L. Campbell, Jr.

Hearing Date: September 14, 2023

Location: ☒ Nashville  ☐ Columbia  ☐ Cookeville

Court Reporter: Patty Jennints

Court Interpreter:

## CRIMINAL MINUTES

Government Attorney(s): Carran Daughtrey, Kyle Reynolds

Defense Attorney(s): Jodie Bell, Kathleen Morris

## TRIAL PROCEEDINGS

1. Jury Trial* ☐
2. Non-Jury Trial* ☐
3. Sentencing Hearing Contested* ☐
4. Supervised Release Hearing-Contested* ☐
5. Probation Revocation Hearing-Contested* ☐
6. Other Evidentiary Hearing* ☐
    (Describe #6 in comments section below)

*For items 1-6, a Witness/Exhibit List is required and must be separately filed.*

## NON-TRIAL PROCEEDINGS

7. Initial Appearance/Arraignment ☐
8. Plea Hearing ☐
9. Sentencing Hearing ☒
10. Status conference ☐
11. Pretrial Conference ☐
12. Supervised Release Revocation Hearing ☐
13. Probation Revocation Hearing ☐
14. Motion Hearing ☐
15. Other Proceeding ☐
    (Describe #15 in comments section below)

JURORS (complete on day 1 only):

1.
2.
3.
4.
5.
6.
Alt 1.

7.
8.
9.
10.
11.
12.
Alt 2.

COMMENTS:

Defendant sentenced to a term of imprisonment of 324 months and a lifetime term of supervised release; no fine; $64,800 restitution, special assessment of $100; advised of right to appeal; judgment to enter

Total Time in Court: 1 hour 25 minutes

Clerk of Court
by: Angie Brewer