**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **No. 3:20-cr-00165** |
| | ) | **Judge Campbell** |
| | ) | |
| **CALEB D. JORDAN** | ) | |

**MOTION TO FILE UNDER SEAL**
**AND *EX PARTE***

Caleb Jordan, through undersigned counsel, hereby requests permission to file under seal and

*ex parte* the document submitted immediately after this motion. The basis for filing under seal and

*ex parte* is apparent on the face of the document.

Respectfully submitted,

s/*Kathleen G. Morris*
Kathleen G. Morris
P.O. Box 128091
Nashville, TN 37212
615-440-6223

**Certificate of Service**

I hereby certify that I filed this document through the Court's electronic filing system which
generated a notification thereof to Assistant United States Attorney Carrie Daughtrey, 719 Church
Street, Suite 3300, Nashville, TN 37203, this 26th day of September 2023.

s/*Kathleen G. Morris*
Kathleen G. Morris